1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN FAVIS,                              No.  2:25-cv-1082-DAD-SCR

12                    Plaintiff,

13         v.                                    ORDER TO SHOW CAUSE

14    O-FILM GLOBAL (HK) TRADING
      LIMITED, et al.,
15
                      Defendants.
16

17

18         Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant

19    to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiff filed a motion for leave to proceed

20    in forma pauperis ("IFP") alongside his Complaint on April 14, 2025.  ECF No. 2.  On August

21    29, 2025, the Court denied the application as incomplete and inconsistent with judicially

22    noticeable filings, and ordered Plaintiff to either refile the application or pay the filing fees within

23    30 days.  ECF No. 3 at 2.  Plaintiff was admonished that failure to take either action would result

24    in the undersigned recommending dismissal of this action.  *Id.* at 3.

25         To date, Plaintiff has neither paid the filing fees for this action nor refiled his IFP

26    application.  Plaintiff is ORDERED TO SHOW CAUSE, within 14 days of this order, as to why

27    this action should not be dismissed for failure to prosecute.  Alternatively, paying the filing fee or

28

                                              1

filing a complete IFP application will discharge this order, provided such IFP application addresses the deficiencies previously identified by this Court. *See* ECF No. 3. Failure to take any of these actions within 14 days of this order will result in the undersigned recommending that this case be dismissed by the district judge assigned to this case.

SO ORDERED.

DATED: October 31, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE