UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>O-FILM GLOBAL (HK) TRADING LIMITED, A CORPORATION UNDER THE LAWS OF HONG KONG, et al.,<br><br>        Defendants. | No.  2:25-cv-1082-DAD-SCR<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding pro se in this action, which was referred to the undersigned in accordance with Local Rule 302(c)(21).  On August 29, 2025, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* ("IFP") and set a 30-day deadline for refiling such application or paying the filing fee.  ECF No. 3.  On October 31, 2025, this Court issued an order for Plaintiff to show cause within 14 days as to why this case should not be dismissed for failure to prosecute by refiling the application or paying the filing fee.  ECF No. 4.  To date, Plaintiff has not filed a new application to proceed IFP, paid the filing fee, or otherwise responded to the order to show cause.

Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED WITHOUT PREJUDICE.  These findings and recommendations are submitted to the United

1

States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE