UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN FAVIS,

Plaintiff,

v.

O-FILM GOLBAL (HK) TRADING LIMITED, A CORPORATOIN UNDER THE LAWS OF HONG KONG, et al.,

Defendants.

No. 2:25-cv-1082 DAD SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on April 14, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On August 29, 2025, the assigned magistrate judge issued an order finding plaintiff's motion to proceed *in forma pauperis* to be deficient and directing plaintiff to supplement that motion or pay the filing fee required to proceed with this action within fourteen (14) days of the service of that order. (Doc. No. 3.) The order also warned plaintiff that the failure to do so would result in a recommendation that the application to proceed *in forma pauperis* be denied and that this action be dismissed without prejudice. (*Id.* at 3.) Although plaintiff was served with that order he did not file a supplement to the application to proceed *in forma pauperis* providing the required information, nor did he pay the required filing fee or otherwise communicate with the

court. Accordingly, on October 31, 2025, the magistrate judge issued an order requiring plaintiff to show cause in writing the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to respond to the court's order, again giving plaintiff the option of paying the required filing fee or curing the noted deficiencies in his *in forma pauperis* application. (Doc. No. 4.) Nonetheless, although plaintiff was served with that order he did not file a supplement to the application to proceed *in forma pauperis* providing the required information, nor did he pay the required filing fee or otherwise communicate with the court. Therefore, on November 24, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and failure to respond to court orders. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued November 24, 2025 (Doc. No. 5), are adopted in full;
2. This action is DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and failure to respond to court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE